# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>FEDERICO QUINTANA-ACOSTA,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CR3572-IEG<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

_X_　the Court has granted the motion of the defendant for a dismissal due to invalid deportation; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) of: 8:1326(a),(b) Deported Alien Found in the United States.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

**DATED:** November 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Irma E. Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**